IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Alonzo Austin
CLAIMANT
V.
MBNA America
RESPONDENT

3:06-CV-1010-MHT
File# FA0602000642429

RECEIVED
2006 NOV -9 P 1:18
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Judgement Confirming Arbitration Award

THE Petitioner, Alonzo Austin, having commenced a Special proceeding pursuant to CPLR 7510 to confirm the Award made by William H. Hardie, as arbitrator, signed and acknowledged on the Nineteenth day of October 20 06 a copy of which is annexed hereto, whereby he awarded the petitioner the sum of ~~Nine Seventy~~ (and) Nine hundred Seventy three dollars and eighty five cents,. ($973.85) and directed the respondent to pay the petitioner the portion of fees and expenses advanced by the petitioner to the National Arbitration Forum for which the respondent was found liable, plus court cost if any.

Respectfully Submitted,
Alonzo Austin, Pro Se
Alonzo Austin, Pro Se
1321 Oliver-Carlis Rd.
Tuskegee, AL. 36083

Ph# (334) 727-5476

Rule Enforcement of Award
(Rule 39(E))

# NATIONAL ARBITRATION FORUM

Alonzo Austin
1321 Oliver-Carlis Road
Tuskegee, AL 36083

3:06-CV-1010-MHT

**CLAIMANT(s),**

**AWARD**

RE: Alonzo Austin v MBNA America
File Number: FA0602000642429

MBNA America
Law Department
1100 North King Street
Wilmington, DE 19884-0124

**RESPONDENT(s).**

The undersigned Arbitrator in this case FINDS and CONCLUDES:

## Case Summary

1. The Claimant has filed a Claim with the National Arbitration Forum.
2. After Proof of Service of the Claim was filed with the Forum, where no Response has been filed, the Forum mailed to Respondent a Second Notice of Arbitration.
3. The Respondent has filed a Response with the Forum and served it on the Claimant.
4. An arbitration hearing notice was duly delivered to the Parties as required by the Forum Rules.
5. The Arbitrator conducted a Hearing in this case in accordance with the Forum Rules.
6. The Parties have had the opportunity to present all evidence and information to the Arbitrator.
7. The Arbitrator has reviewed all evidence submitted in this case.

## Decision

1. The Arbitrator knows of no conflict of interests that exist.
2. This matter involves interstate commerce and the Federal Arbitration Act governs this arbitration.
3. The Claim was properly served on the Respondent by Claimant in accordance with Rule 6, including a Notice of Arbitration.
4. On or before 03/14/2006 the Parties entered into a valid, written agreement to arbitrate their dispute.
5. The Parties' Arbitration Agreement is valid and enforceable and governs all the issues in dispute.
6. This matter is arbitrable under the terms of the Parties' Arbitration Agreement and the law.
7. The matter has proceeded in accord with the applicable Forum Code of Procedure Rules.
8. The evidence submitted supports the issuance of this Award.
9. The applicable substantive law supports the issuance of this Award.

**Therefore, the Arbitrator ISSUES:**
An Award in favor of the **Claimant**, for a total amount of **$973.85**.

Entered and Affirmed in the State of Alabama

William H. Hardie, Esq.
Arbitrator

Date: 10/19/2006

**ACKNOWLEDGEMENT AND CERTIFICATE OF SERVICE**
This Award was duly entered and the Forum hereby certifies that pursuant to the Parties' Arbitration Agreement, a copy of this Award was sent by first class mail postage prepaid to the Parties at the above referenced addresses, or their Representatives, on this date.

Honorable Harold Kalina, Ret.
Director
Date: 10/20/2006

# Certificate OF Service

I Alonzo Austin, hereby certify that I have served copies of the foregoing Documents by placing same in the United States mail postage prepaid on this 9th day of November, 2006 and addressed to

Omar McNeill
c/o Bradley Arant LLP
One Federal Place
1819 5th Avenue North
Birmingham, AL. 35203-2119

*Alonzo Austin*, pro se